KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Venancia Xitumul Reyes,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Respondents. | No. CV-26-01777-PHX-RM (ASB)<br><br>**ORDER** |

The Court granted Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on March 26, 2026, and directed Respondents to either release Petitioner or provide her a bond hearing within seven days. (Doc. 7.) On April 22, 2026, Petitioner filed a Motion to Enforce the Court's judgment, arguing that during the bond hearing Petitioner received on April 1, 2026, the Immigration Judge abused her discretion in determining Petitioner was a flight risk. (Doc. 10.) Petitioner argues she has "no criminal history, she has a fixed address, she has a sponsor who is vouching for her and who has the financial means to support her, she has counsel, she has a U[nited] S[tates] Citizen child, and she has shown no indication that she will not comply with court orders." (*Id.* at 8.) Under these circumstances, Petitioner argues that this Court has jurisdiction to review the bond determination. *See Martinez v. Clark*, 124 F.4th 775 (9th Cir. 2024). Respondents will be required to respond to the motion, and also provide an audio recording or transcript of the April 1, 2026 bond hearing.

. . . .

**IT IS ORDERED** that no later than **April 29, 2026**, Respondents must respond to Petitioner's Motion to Enforce (Doc. 10) and provide a transcript or recording of the April 1, 2026 bond hearing.  Petitioner may file a reply no later than **May 1, 2026**.

Dated this 24th day of April, 2026.

_____
Honorable Rosemary Márquez
United States District Judge